**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Ferdinand ANNEHEIM,**
**Defendant–Appellant.**

**No. 02–6841.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Robert Ferdinand Anneheim, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Ferdinand Anneheim seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *United States v. Anneheim*, Nos. CR–99–20; CA–01–1–5 (W.D.N.C. Mar. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*